# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-0837
Lower Tribunal Nos. 16-CF-4642, 16-CF-4643, 16-CF-4644, and 16-CF-4557

_____

ARIEL MARQUEZ LUCIANO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Osceola County.
Tanya Davis Wilson, Judge.

April 14, 2026

PER CURIAM.

AFFIRMED.

WOZNIAK, SMITH and BROWNLEE, JJ., concur.


Blair Allen, Public Defender, and Lisa Martin, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Stephen R. Putnam, Jr., Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED